**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

March 27, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Ivan Alexander Castro Escobar v. Mullin, et. al.*, No. 26-cv-1795 (SJB)

Dear Judge Bulsara:

This Office represents the Respondents in the above-captioned case in which Petitioner Ivan Alexander Castro Escobar ("Petitioner") filed a petition for a writ of habeas corpus on March 26, 2026 challenging his detention by Immigration and Customs Enforcement ("ICE). *See* Docket Entry ("DE") No. 1. Respondents respectfully submit this letter in response to the Court's March 27, 2026 Order (DE No. 7) directing Respondents to effectuate release of Petitioner by March 27, 2026 at 11:59 p.m. and file a letter on the docket confirming Petitioner's release.

Petitioner was released from Brooklyn Metropolitan Detention Center on March 27, 2026 at approximately 8:10 p.m. without the application of any ICE ankle monitors or similar technology to monitor Petitioner.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: */s/ Robert W. Schumacher*
Robert W. Schumacher
Assistant United States Attorney
(631) 715-7871
robert.schumacher@usdoj.gov

cc: Xavier A. Palacios, Esq.
*Counsel for Petitioner*